UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MILES, | 1:10-cv-02055-MJS (PC) |
| Plaintiff, | ORDER STAYING DISCOVERY PENDING DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| MATTHEW CATES, et al, | (ECF No. 26) |
| Defendants. | |
| _____/ | |

Plaintiff Anthony Miles ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On June 4, 2012, Defendants filed a motion to dismiss. (ECF No. 25). Defendants' motion is currently pending.

On June 12, 2012, Defendants filed a motion to stay discovery and extend time to respond to Plaintiff's discovery requests until the Court rules on Defendants' motion to dismiss. (ECF No. 26.) Defendants also request that, if necessary, they be granted forty-five days after the Court rules on the motion to respond to Plaintiff's pending discovery.

Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

1. Discovery is stayed in this action until the Court rules on Defendants' motion to dismiss; and

2. Defendants shall have forty-five days after the Court rules on the motion to dismiss to respond to Plaintiff's pending discovery.

IT IS SO ORDERED.

Dated:   July 3, 2012                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE