1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY MILES,                          1:10-cv-02055-MJS (PC)

12          Plaintiff,                        ORDER STAYING DISCOVERY
                                              PENDING DEFENDANTS' MOTION TO
13      vs.                                   DISMISS

14   MATTHEW CATES, et al,                    (ECF No. 26)

15          Defendants.

16   _____/

17          Plaintiff Anthony Miles ("Plaintiff") is a state prisoner proceeding pro se in a civil

18   rights action pursuant to 42 U.S.C. § 1983.

19          On June 4, 2012, Defendants filed a motion to dismiss.    (ECF No. 25).

20   Defendants' motion is currently pending.

21          On June 12, 2012, Defendants filed a motion to stay discovery and extend time

22   to respond to Plaintiff's discovery requests until the Court rules on Defendants' motion to

23   dismiss. (ECF No. 26.) Defendants also request that, if necessary, they be granted forty-

24   five days after the Court rules on the motion to respond to Plaintiff's pending discovery.

25          Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

26          1.     Discovery is stayed in this action until the Court rules on Defendants'

27                 motion to dismiss; and

28

2.      Defendants shall have forty-five days after the Court rules on the motion to
dismiss to respond to Plaintiff's pending discovery.

IT IS SO ORDERED.

Dated:    July 3, 2012                          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE